IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JOSHUA M. POWELL,

      Plaintiff,

    v.

DIANE ADAMS,

      Defendants.

1:16-cv-01542-CL

**ORDER**

**Aiken, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (#3), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation (#3). This case is DIMISSED.

IT IS SO ORDERED.

DATED this 5th day of September, 2016.

ANN AIKEN
U.S. DISTRICT JUDGE